JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SANDERS,<br><br>    Petitioner,<br><br> v.<br><br>WARREN MONTGOMERY, Warden,<br><br>    Respondent. | Case No. EDCV-16-01875-CJC (KES)<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 29, 2017

                 _____
                 CORMAC J. CARNEY
                 UNITED STATES DISTRICT JUDGE